IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>NELIDA DE-JESUS-ARNAU (4)<br>Defendant | CRIMINAL 97-0191CCC |

**O R D E R**

The United States and the United States Probation Office shall state their positions as to the Request for Early Termination of Supervised Release Term filed by defendant Nélida De-Jesús-Arnau on October 17, 2005 (docket entry 284) by OCTOBER 31, 2005.

SO ORDERED.

At San Juan, Puerto Rico, on October 20, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge