IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

                                 Case No . 3:97CR0191 (CCC)

    v.

NELIDA DE JESUS ARNAU

* * * * * * * * * * * * * * * * * * * * * * * * *

MOTION IN COMPLIANCE WITH
ORDER ISSUED ON OCTOBER 20, 2005

TO THE HONORABLE CARMEN CONSUELO CEREZO
U.S. DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO:

      **COMES NOW, Miguel Angel Arroyo-Domenech, United States Probation Officer of this Honorable Court and respectfully informs and prays the following**:

      1. That on March 15, 2001, the above-named individual was sentenced by Your Honor to imprisonment for a term of forty-eight (48) months to be followed by three (3) years on supervised release for a violation to Title 18 U.S.C. § 2113 - Aiding and abetting in Bank Robbery. A special monetary assessment in the amount of $100 was imposed. As special supervision conditions, the Court ordered urinalysis, financial disclosure and income tax returns filing.

      2. On March 16, 2004, Ms. De Jesus was released from imprisonment at which time she began her supervision term. She was released in the District of New Jersey where she has been supervised by U.S. Probation Officer Jessica Albert.

3. On October 17, 2005, Ms. De Jesús-Arnau filed a petition for early termination.

4. On October 20, 2005, the Court ordered the U.S. Probation Office to state our positions as to the Request for Early Termination of Supervised Release filed by the defendant.

5. On November 21, 2005, U.S. Probation Officer Jessica Albert stated the following: *"There are no objections regarding the offender's possibility for early-termination. The offender has been fully compliant with the conditions."*

**WHEREFORE,** in view of the aforementioned and in compliance with the Court-ordered issued on October 20, 2005, the U.S. Probation Office for the District of Puerto Rico respectfully submits the aforementioned information and recommends that the Court assess the offender's compliant behavior yet not overlook the nature and circumstances of the offender when entertaining early termination.

In San Juan, Puerto Rico, this *22nd day of November 2005.*

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

**s/ Miguel A. Arroyo-Domenech**
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)766-6356
(787)766-5945
Miguel_Arroyo@prp.uscourts.gov

MAA/

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on *November 22, 2005,* I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Humberto García, U.S. Attorney's Office, Torre Chardón, Suite 1201, 350 Carlos Chardón Ave., San Juan, P.R. 00918; and Rachel Brill, Esq., Suite 1113, Mercantil Plaza Building, Ponce de León Avenue, San Juan, PR 00918.

          **s/ Miguel A. Arroyo-Domenech**
          Federal Office Building
          Office 400
          150 Carlos Chardón Ave.
          San Juan, P.R. 00918-1741
          (787)766-6356
          (787)766-5945
          Miguel_Arroyo@prp.uscourts.gov

MAA/